**THORNTON DAVIDSON**, #166487
DAVIDSON & HAWKINS
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:     (559) 256-9800
Facsimile:      (559) 256-9795
e-mail:thorntondavidson@aol.com

Attorney for Plaintiff, RANDALL J. SLOAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL J. SLOAN, | Case No.: C 07-01708 PJH |
| Plaintiff, | ORDER DENYING REQUEST ~~AND [PROPOSED] ORDER~~ |
| v. | FOR TELEPHONIC APPEARANCE |
| PFIZER LONG-TERM DISABILITY PLAN | Date: July 5, 2007 |
| Defendant. | Time: 2:30 p.m. |
| | Judge: Honorable Phyllis J. Hamilton |
| | Place: Courtroom 3, 17th Floor |

    I, Thornton Davidson, counsel for plaintiff, Randall J. Sloan, hereby request, pursuant to Local Rule 16-10, to participate in the initial Case Management Conference by telephone. This request is made for the following reasons:

1. The initial Case Management Conference is scheduled for July 5, 2007 at 2:30 p.m. in Courtroom 3 before the Honorable Phyllis J. Hamilton.

2. Counsel for the parties have prepared and filed the Joint Case Management Statement.

3. This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse.

4. Defense Counsel does not object to my appearance by telephone.

///

///

| | |
|---|---|
| Dated: June 29, 2007 | /S/ Thornton Davidson |
| | THORNTON DAVIDSON |
| | Attorney for Plaintiff, |
| | RANDALL SLOAN |

[PROPOSED] ORDER

Plaintiff's counsel, Thornton Davidson, requests to appear at the initial Case Management Conference in this action by telephone.

Dated: 7/2/07

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

**DENIED**
Judge Phyllis J. Hamilton
(United States District Court, Northern District of California seal)

REQUEST AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE
CASE NO.: 07-01708 PJH

2