**THORNTON DAVIDSON**, #166487
DAVIDSON & HAWKINS
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:   (559) 256-9800
Facsimile:    (559) 256-9795
e-mail:thorntondavidson@aol.com

Attorneys for Plaintiff, RANDALL J. SLOAN

**DONALD P. SULLIVAN,** #191080
**ANDREW C. SULLIVAN, #226902**
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:   (415) 442-1000
Facsimile:    (415) 442-1001

Attorneys for Defendant,
PFIZER LONG-TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL J. SLOAN, ) | Case No.: C 07-01708 PJH |
| ) | |
| Plaintiff, ) | **STIPULATION FOR CONTINUANCE OF CURRENT DEADLINES AND** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| PFIZER LONG-TERM DISABILITY PLAN ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

WHEREAS, the last day to complete ADR is currently September 19, 2007;

WHEREAS, counsel, the parties and the agreed upon private mediator, Retired Judge Edward Infante, met and conferred in early August in an attempt to set a date prior to September 19, 2007 for private mediation but were unable to do so;

WHEREAS, the earliest available date for all involved is October 25, 2007, and the mediation has now been confirmed for that date;

WHEREAS, the parties currently have a September 20, 2007 deadline for filing a further case

management statement;

WHEREAS, the parties are currently set for a Further Case Management Conference on September 27, 2007;

WHEREAS, the Further Case Management Conference may be vacated upon submission of a stipulated briefing schedule for cross-motions for summary judgment;

WHEREAS, with the goals of party and judicial economy in mind, the parties wish to delay the Further Case Management Conference and the filing of a stipulated briefing schedule for cross motions for summary judgment until after the mediation;

WHEREAS, plaintiff on the one hand, and defendant, on the other hand, are collectively adverse, they agree through their respective counsel to the following:

1. The last day to complete ADR will now be November 8, 2007;
2. The last day to file a Further Case Management Conference Statement will now be November 29, 2007;
3. The Further Case Management Conference will now be December 6, 2007.
4. The Further Case Management Conference may be vacated if the parties submit a stipulated briefing schedule for cross motions for summary judgment.

IT IS SO STIPULATED.

Dated: September 19, 2007

/S/
THORNTON DAVIDSON
Attorney for Plaintiff,
RANDALL J. SLOAN

Dated: September 19, 2007

/S/
DONALD P. SULLIVAN
ANDREW C. SULLIVAN
MORGAN, LEWIS & BROCKIUS LLP
Attorneys for Defendant,
PFIZER LONG-TERM DISABILITY PLAN

///

///

///

# [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

DATED: __9/24/07_____

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION FOR CONTINUANCE OF CURRENT DEADLINES AND [PROPOSED] ORDER
CASE NO.: 07-1708