1  DONALD P. SULLIVAN, State Bar No. 191080
   PHILIP J. SMITH, State Bar No. 232462
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendant
   PFIZER LONG-TERM DISABILITY PLAN
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  RANDALL SLOAN,                         Case No.:  C 07-1708 PJH

12            Plaintiff,                   **STIPULATION AND [PROPOSED]
                                           ORDER FOR DISMISSAL OF CASE WITH
13       vs.                               PREJUDICE**

14  PFIZER LONG-TERM DISABILITY
    PLAN,
15
              Defendant.
16

17

18       It is hereby stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-

19  titled action be discontinued and dismissed with prejudice as to all parties, with each party

20  bearing his, her, or its own fees and costs.

21  Dated:  November 9, 2007            DAVIDSON & HAWKINS
22

23
                                        By:  /S/ Thornton Davidson (as authorized on 11/9/07)
24                                           Thornton Davidson
                                             Attorney for Plaintiff
25                                           RANDALL J. SLOAN

26  / / /

27  / / /

28  / / /

1 | Dated: November 9, 2007                MORGAN, LEWIS & BOCKIUS LLP

By:  /S/ Donald P. Sullivan
     Donald P. Sullivan
     Attorneys for Defendant
     LIFE INSURANCE COMPANY OF NORTH AMERICA

## [~~PROPOSED~~] ORDER

The matter of *Randall Sloan v. Pfizer Long-Term Disability Plan*, United States District Court, Northern District of California, Case No. C 07-1708 is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: 11/13/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton